UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DOYNE HOUGHTON | ) | Case No. 18-80384-JJG-7 |
| KARRI A HOUGHTON | ) | |
| | ) | |
| Debtor(s). | ) | |

TRUSTEE'S NOTICE OF POSSIBLE ASSETS
AND NOTICE OF ABANDONMENT OF PROPERTY

Lou Ann Marocco, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Federal Bankruptcy Rule 3002(c)(5).

Notice is hereby given that all scheduled assets will be abandoned from the estate, except for:

2018 Federal & State Tax Refunds

DATED: September 12, 2018         /s/ Lou Ann Marocco
                                  Lou Ann Marocco, Trustee
                                  Phone: (317) 631-0145
                                  Email: trustee@maroccolawindy.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following either by first class U.S. Mail, postage prepaid, or electronic court filing this 12th day of September, 2018:

U.S. Trustee, ustpregion10.in.ecf@usdoj.gov
B. Scott Skillman, SCOTT.SKILLMAN@GMAIL.COM
Doyne Houghton, 5650 W Old Us 40, West Terre Haute, IN 47885-8913
Karri A Houghton, 5650 W Old Us 40, West Terre Haute, IN 47885-8913

                                  /s/ Lou Ann Marocco
                                  Lou Ann Marocco
                                  P.O. Box 1206
                                  Greenwood, IN 46142
                                  Phone: (317) 631-0145
                                  Email: trustee@maroccolawindy.com